**CHIEF JUSTICE**
ROGELIO VALDEZ

**JUSTICES**
NELDA V. RODRIGUEZ
DORI CONTRERAS GARZA
GINA M. BENAVIDES
GREGORY T. PERKES
NORA L. LONGORIA

**CLERK**
DORIAN E. RAMIREZ



# Court of Appeals

## Thirteenth District of Texas

NUECES COUNTY COURTHOUSE
901 LEOPARD, 10TH FLOOR
CORPUS CHRISTI, TEXAS 78401
361-888-0416 (TEL)
361-888-0794 (FAX)

HIDALGO COUNTY
ADMINISTRATION BLDG.
100 E. CANO, 5TH FLOOR
EDINBURG, TEXAS 78539
956-318-2405 (TEL)
956-318-2403 (FAX)

*www.txcourts.gov/13thcoa*

November 20, 2015

Hon. Adolfo E. Cordova
Attorney at Law
711 N. Sam Houston
San Benito, TX 78586
\* DELIVERED VIA E-MAIL \*

Hon. Jerome A. Styrsky
Attorney at Law
111 N. Houston St.
Fort Worth, TX 76102-2003
\* DELIVERED VIA E-MAIL \*

Re:     Cause No. 13-15-00549-CV
Tr.Ct.No.
Style:   In Re Christina Mares, Guardian of the Person and Estate of Emanual Olvera, an Incapacitated Person

Enclosed please find a copy of an order issued by this Court on this date.

Very truly yours,

Dorian E. Ramirez, Clerk

DER:ch
Enc.
cc:    Hon. Arturo Nelson Cisneros (DELIVERED VIA E-MAIL)
        Hon. Eric Garza (DELIVERED VIA E-MAIL)